Edwin S. Wall, Utah Bar No. 7446
EDWIN S. WALL, P.C.
341 South Main Street, Ste. 406
Salt Lake City, Utah 84111
Phone Number: (801) 523-3445
Email: wallsec@xmission.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH   CENTRAL DIVISION

| | |
|---|---|
| DAYMIAN HUGHES, an individual, | **MOTION FOR WITHDRAWAL OF EDWIN S. WALL, ESQ., AS COUNSEL** |
| Plaintiff, | |
| v. | |
| SALT LAKE CITY, UTAH; RICK DINSE, Chief of Police in individual and official capacity; Salt Lake City Police Officers D. TAYLOR, individually and in his official capacity; H. FLANDERS, individually and in her official capacity; and, JOHN DOES I - V, individually and in their official capacity., | Case No. 2:07 CV 209 TS<br><br>District Judge Ted Stewart |
| Defendants. | |

COMES NOW Edwin S. Wall, Esq., attorney at law and local counsel of record in the above-entitled matter, and moves to withdraw in the above-entitled matter. Grounds for this motion are that Kent W. Spence, Esq., and Grant W. Lawson, Esq., of The Spence Law Firm have retained Richard F. Mortensen. Esq. as local counsel to provide the required representation and assistance in the above entitled matter and he has filed his appearance. The services of Mr. Wall are no longer required by the firm. Consequently, Mr. Wall is no longer retained by the firm and seeks to withdraw.

Respectfully submitted November 3, 2008.

*/s/ Edwin S. Wall*
_____
Edwin S. Wall, Esq., Attorney at Law

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that os <u>November 3, 2008</u>, a true and correct copy of the foregoing document was served by CM/ECF or by mail with the United States Postal Service, First Class Mail, postage prepaid, to the following:

      J. Wesley Robinson, Esq.
      Salt Lake City Corporation
      P.O. Box 145478
      451 South State Street, Ste. 505A
      Salt Lake City, Utah 84114-5478

_____
Edwin S. Wall
Attorney at Law