J. WESLEY ROBINSON, #6321
Attorney for Defendants
Room 505, City and County Building
451 South State Street
P.O. Box 145478
Salt Lake City, Utah  84114-5478
Telephone: (801) 535-7788
Facsimile: (801) 535-7640
Email: j.wesley.robinson@slcgov.com

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DAYMIAN HUGHES, an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 2:07-CV-00209-TS |
| | ) |
| vs. | ) |
| | ) |
| SALT LAKE CITY, UTAH; | ) |
| RICK DINSE, Chief of Police in individual and | ) |
| official capacity; Salt Lake City Police Officers | ) Judge Ted Stewart |
| D. TAYLOR, individually and in his official | ) |
| capacity;  H. FLANDERS, individually and in | ) Magistrate Judge Paul M. Warner |
| her official capacity;  and, JOHN DOES I - V, | ) |
| individually and in their official capacity., | ) |
| | |
| Defendants. | |

**S<small>TIPULATED</small> M<small>OTION TO</small> D<small>ISMISS</small> W<small>ITH</small> P<small>REJUDICE</small>**

Plaintiff, by and through his attorneys, Kent W. Spence and Grant H. Lawson, and

defendants, by and through their attorney, J. Wesley Robinson, hereby stipulate and

jointly move this Court to dismiss this action with prejudice, each party to bear their own

costs and attorney fees. Counsel for the City will provide the Court with a proposed

Order of Dismissal With Prejudice upon request.


Dated this 16th day of October, 2009.


                /s/ J. WESLEY ROBINSON
                Attorney for Defendants


                /s/ KENT W. SPENCE
                Attorney for Plaintiff
                (*signed by Mr. Robinson with
                Mr. Spence's permission*)